In the Matter of the Voluntary Dissolution of the Peoples Surety Com-
pany of New York.— The obligation of the surety continued at least until
the discharge of the bond in 1915, unless discharged in the course of the
liquidation of the company. Meantime, the surety was entitled to the
annual premiums. The return of the collateral should be conditioned
upon the payment of the premiums, the due amount whereof can be

* ·See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 81,
as amd. by Laws of 1910, chap. 106. Since amd. by Laws of 1913, chap.
286.— [REP.

ascertained by the Special Term. Order reversed, without costs, and motion remitted to the Special Term for the purpose stated. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.